UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WAYDD RECHARD,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GILA, LLC; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:13-cv-02373-MCE-AC<br><br>**STIPULATION AND ORDER** |

　　　Based on the Stipulation of counsel, ECF No. 11, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED WITH PREJUDICE, each party to bear its own attorney fees and costs.  The Clerk of the Court is directed to CLOSE this case.

　　　　　IT IS SO ORDERED.

Dated:  April 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT